Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE:  Sharon Y Snyder
        David Snyder, Jr.

        Debtor(s)

Case No.:
Judge:
Chapter: 13

## CHAPTER 13 PLAN AND MOTIONS

☐ Original                   ☑ Modified/Notice Required        ☑ Discharge Sought
☐ Motions Included           ☐ Modified/No Notice Required     ☐ No Discharge Sought

Date:

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

### YOUR RIGHTS WILL BE AFFECTED.

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM

### Part 1: Payment and Length of Plan

a. The Debtor shall pay 381.00 **Monthly** to the Chapter 13 Trustee, starting on 10/1/2017 for approximately 55 months for a total of 60 months.

b. The Debtor shall make plan payments to the Trustee from the following sources:
   ☑  Future Earnings
   ☐  Other sources of funding (describe source, amount and date when funds are available):

    c. Use of real property to satisfy plan obligations:
        Sale of real property
        Description:
        Proposed date for completion:

        Refinance of real property
        Description:
        Proposed date for completion:

        Loan modification with respect to mortgage encumbering property
        Description:
        Proposed date for completion:

    d.     The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

    e.     Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

    a. Adequate protection payments will be made in the amount of $ __ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to __ (creditor).

    b. Adequate protection payments will be made in the amount of $ __ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to __ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Thomas Dowey Esq | Attorney Fees | $2,000.00 |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Ditech | 807 Somerstown Lane Galloway NJ | 20,138.00 | 0 | 20,138.00 | 2,151.38 |
| Ally | 2011 Kia Sedona | 287.41 | | 287.41 | 287.41 |

### b. Modification

1.) The Debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in

2

Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **Mariner** | 2000 Honda Civic | 2000.00 | 18000.00 |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| -NONE- |

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| -NONE- | | |

## Part 5: Unsecured Claims

a. **Not separately classified** Allowed non-priority unsecured claims shall be paid:

　　　　　Not less than $____ to be distributed *pro rata*

　　　　　Not less than ____ percent

　　X　　*Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| -NONE- | | | |

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| -NONE- | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

## Part 7: Motions

NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.

    a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

    b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| -NONE- | | |

    c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| | | | |

## Part 8: Other Plan Provisions

    a. **Vesting of Property of the Estate**
        ✓ Upon Confirmation
           Upon Discharge

    b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

    c. **Order of Distribution**

The Trustee shall pay allowed claims in the following order:
        1) Trustee Commissions
        2) **Other Administrative Claims**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

3) Secured Claims
4) Lease Arrearages
5) Priority Claims
6) General Unsecured Claims

### d. Post-petition claims

The Trustee ☑ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9 : Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified: _____ .

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
|  | Correct arrears amount for mortgage and add arrears for 2011 Kia and surrender Honda |

Are Schedules I and J being filed simultaneously with this modified Plan?    ☐ Yes    ☑ No

## Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date    September 9, 2017          /s/ Thomas E. Dowey Esq.
                                    Thomas E. Dowey Esq.
                                    Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date:    September 9, 2017          /s/ Sharon Y Snyder
                                     Sharon Y Snyder
                                     Debtor

Date:    September 9, 2017          /s/ David Snyder, Jr.
                                     David Snyder, Jr.
                                     Joint Debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

```
                             United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                    Case No. 17-14131-ABA
Sharon Y Snyder                                                           Chapter 13
David Snyder, Jr.
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Sep 13, 2017
                               Form ID: pdf901              Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2017.
db/jdb         +Sharon Y Snyder,    David Snyder, Jr.,    807 Somers Town Lane,    Galloway, NJ 08205-6004
cr             +Mariner Finance,   6825 Tilton Road, D6,     Egg Harbor Township, NJ 08234-4408
516678853      +Atlantic Medical Imaging,    P.O. Box 1564,    Indianapolis, IN 46206-1564
516678854      +Barclay Card Services,    P.O. Box 13337,    Philadelphia, PA 19101-3337
516678855      +Boscov’s,   Retail Services,    P.O. Box 30257,    Salt Lake City, UT 84130-0257
516678857      +Capital One,   P.O. Box 26625,    Richmond, VA 23261-6625
516678856      +Capital One,   P.O. Box 71083,    Charlotte, NC 28272-1083
516897522       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516678858     #+CareCentrix,   P.O. Box 7780,    London, KY 40742-7780
516678859      +Chase,   P.O. Box 15123,    Wilmington, DE 19850-5123
516678860      +Choice Previleges,    P O Box 13337,   Philadelphia, PA 19101-3337
516678861      +Client Services Incorporated,    3451 Harry S Truman Blvd.,    Saint Charles, MO 63301-9816
516922170       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
516678864      +Fulton Bank or New Jersey,    Cardmember Service,    P.O. Box 790408,
                 Saint Louis, MO 63179-0408
516678865      +Game stop,   P O Box 659450,    San Antonio, TX 78265-9450
516678866      +Jefferson Hospital,    111 South 11th St.,    Philadelphia, PA 19107-5084
516678869      +Lab Corp,   P.O. Box 2240,    Burlington, NC 27216-2240
516736947      +MARINER FINANCE, LLC,    8211 TOWN CENTER DRIVE,    NOTTINGHAM, MD 21236-5904
516678871      +PayPal Credit,    P.O. Box 105658,   Atlanta, GA 30348-5658
516678872      +RA Pain Services,    P.O. Box 4605,   Lancaster, PA 17604-4605
516678873      +Recon Ortho Asso II PC,    P.O. Box 757910,    Philadelphia, PA 19175-7910
516713878      +STERLING JEWELERS INC D/B/A KAY JEWELERS,     c/o Weltman, Weinberg & Reis Co.,LPA,
                 436 Seventh Avenue, Ste 2500,    Pittsburgh, PA 15219-1842
516887081       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
516678879      +Wells Fargo Card Services,    P.O. Box 10347,    Des Moines, IA 50306-0347

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 13 2017 22:57:25      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 13 2017 22:57:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516678852      +E-mail/Text: ally@ebn.phinsolutions.com Sep 13 2017 22:56:34      Ally,    P.O. Box 380902,
                 Minneapolis, MN 55438-0902
516705121       E-mail/Text: ally@ebn.phinsolutions.com Sep 13 2017 22:56:34      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
516874408      +E-mail/Text: bncmail@w-legal.com Sep 13 2017 22:57:31      Comenity Capital Bank/Paypal Credit,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
516678862      +E-mail/Text: bankruptcy.bnc@ditech.com Sep 13 2017 22:57:04      Ditech,    P.O. Box 6172,
                 Rapid City, SD 57709-6172
516879534       E-mail/Text: bankruptcy.bnc@ditech.com Sep 13 2017 22:57:04
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516678863      +E-mail/Text: bnc-bluestem@quantum3group.com Sep 13 2017 22:58:06      Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
516678867      +E-mail/Text: ebnsterling@weltman.com Sep 13 2017 22:57:09      Kay Jewelers,    P O Box 740425,
                 Cincinnati, OH 45274-0425
516678868      +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 13 2017 22:56:41      Kohl’s,    P.O. Box 2983,
                 Milwaukee, WI 53201-2983
517032260      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 13 2017 23:01:40      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC  29603-0587,
                 LVNV Funding LLC,    c/o Resurgent Capital Services 29603-0587
517032259       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 13 2017 23:02:00      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC  29603-0587
516915163       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 13 2017 22:55:28
                 LVNV Funding, LLC its successors and assigns as,    assignee of LendingClub Corporation &,
                 LC Trust I,    Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
516915165       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 13 2017 23:01:41
                 LVNV Funding, LLC its successors and assigns as,    assignee of Murray Hill Grantor Trust,
                 2016-LC1,    Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
516678870      +E-mail/Text: bk@lendingclub.com Sep 13 2017 22:57:54      Lending Club,    71 Stevenson Street,
                 Suite 300,    San Francisco, CA 94105-2985
516838834      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 13 2017 22:57:20      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
516922099       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 13 2017 23:01:44
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,   Norfolk VA 23541
516922142       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 13 2017 23:13:20
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
```

```
District/off: 0312-1              User: admin              Page 2 of 2                Date Rcvd: Sep 13, 2017
                                  Form ID: pdf901          Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516922091         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 13 2017 23:01:44
                   Portfolio Recovery Associates, LLC,    c/o Choice Privileges,    POB 41067,    Norfolk VA 23541
516922112         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 13 2017 23:02:20
                   Portfolio Recovery Associates, LLC,    c/o Rcs Direct Marketing/Orchard Bank,    POB 41067,
                   Norfolk VA 23541
516923139        +E-mail/Text: bncmail@w-legal.com Sep 13 2017 22:57:31       Prosper Marketplace Inc.,
                   C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516765464         E-mail/Text: bnc-quantum@quantum3group.com Sep 13 2017 22:57:11
                   Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                   Kirkland, WA  98083-0788
516747829         E-mail/Text: bnc-quantum@quantum3group.com Sep 13 2017 22:57:11
                   Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                   Kirkland, WA  98083-0788
516678874        +E-mail/Text: Supportservices@receivablesperformance.com Sep 13 2017 22:58:13        RPM,
                   20816 44TH Avenue,    Lynnwood, WA 98036-7799
516678875        +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2017 22:55:18       Sams club,    P.O. Box 530942,
                   Atlanta, GA 30353-0942
516678876        +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2017 22:54:47       Synchrony Bank,    P.O. Box 530916,
                   Atlanta, GA 30353-0916
516678877        +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2017 22:55:18       Synchrony Bank / Amazon,
                   P.O. Box 965060,    Orlando, FL 32896-5060
516868468        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 13 2017 23:01:43        Verizon,
                   by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516678878        +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2017 22:55:02       Walmart / Synchrony Bank,
                   ATTN: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
                                                                                                TOTAL: 29

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          Ally Financial,   PO Box 130424,   Roseville, MN   55113-0004
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2017 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Emmanuel J. Argentieri    on behalf of Creditor    STERLING JEWELERS INC. D/B/A KAY JEWELERS
           bk@rgalegal.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor    Mariner Finance ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
          John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
          Thomas E. Dowey    on behalf of Debtor Sharon Y Snyder tdesquire@hotmail.com
          Thomas E. Dowey    on behalf of Joint Debtor David  Snyder, Jr. tdesquire@hotmail.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
          William E. Craig    on behalf of Creditor    Ally Financial mortoncraigecf@gmail.com,
           mortoncraigecf@gmail.com
                                                                                             TOTAL: 10
```