Form rfiler – ntcrefilerv27.jsp

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

    Case No.:  17–14131–ABA
    Chapter:  7
    Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Sharon Y Snyder                   David Snyder Jr.
   807 Somers Town Lane            807 Somers Town Lane
   Galloway, NJ 08205               Galloway, NJ 08205

Social Security No.:
   xxx–xx–9110                        xxx–xx–7650

Employer's Tax I.D. No.:

### NOTICE OF EVIDENCE OF REPEAT FILING

To: Debtor, Attorney for Debtor, Trustee and United States Trustee

   You are hereby notified that the Clerk has determined that the

- ☐ debtor
- ☑ joint debtor

received a discharge in case number 09–15227 , commenced on 03/04/2009. Pursuant to section 727(a)(8) or 1328(f), the debtor(s) is ineligible to receive a discharge.

   Objections to this matter must be in writing and filed with the Clerk on or before April 2, 2018 at

        U.S. Bankruptcy Court
        401 Market Street
        Camden, NJ 08102

   In the event a timely objection is filed, a hearing will be held before the Honorable Judge Andrew B. Altenburg Jr. on:

   DATE:         April 17, 2018
   TIME:         10:00AM
   COURTROOM:  4B

Dated: March 12, 2018
JAN: mrm

                                        Jeanne Naughton
                                        Clerk