**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Sharon Y Snyder
David Snyder, Jr.

Case No.: 17-14131

Hearing Date: April 13, 2018

Chapter: 13

Judge: ABA

**NOTICE OF HEARING**

You are hereby notified of a hearing before the Honorable Andrew B. Altenburg Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Trustee Certification of Default

**Location of Hearing:** Courtroom No. 4-B
United States Court House
4th and Cooper Streets
Camden, NJ 08101

**Date and Time:** April 13, 2018 @ 9:00 a.m., or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: March 22, 2018

JEANNE A. NAUGHTON, Clerk

By: /s/ Darlene E. Fitzgerald
Deputy Clerk

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on March 22, 2018 this notice was served on the following: Debtor, Attorney for Debtor, Trustee, US Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Darlene E. Fitzgerald
Deputy Clerk

*rev.1/4/17*

```
                       United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                          Case No. 17-14131-ABA
Sharon Y Snyder                                                 Chapter 13
David Snyder, Jr.
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1                Date Rcvd: Mar 22, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2018.
db/jdb         +Sharon Y Snyder,    David Snyder, Jr.,    807 Somers Town Lane,    Galloway, NJ 08205-6004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Emmanuel J. Argentieri    on behalf of Creditor    STERLING JEWELERS INC. D/B/A KAY JEWELERS
               bk@rgalegal.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Mariner Finance ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Thomas E. Dowey    on behalf of Debtor Sharon Y Snyder tdesquire@hotmail.com
              Thomas E. Dowey    on behalf of Joint Debtor David  Snyder, Jr. tdesquire@hotmail.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William E. Craig    on behalf of Creditor    Ally Financial mortoncraigecf@gmail.com,
               mortoncraigecf@gmail.com
                                                                                                TOTAL: 11