Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−14131−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Sharon Y Snyder
807 Somers Town Lane
Galloway, NJ 08205

David Snyder Jr.
807 Somers Town Lane
Galloway, NJ 08205

Social Security No.:
xxx−xx−9110

xxx−xx−7650

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Joint Debtor only was entered on April 10, 2018.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 10, 2018
JAN: bc

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                         Case No. 17-14131-ABA
Sharon Y Snyder                                                Chapter 13
David Snyder, Jr.
        Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2                  Date Rcvd: Apr 10, 2018
                               Form ID: 148                Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2018.
db/jdb         +Sharon Y Snyder,    David Snyder, Jr.,    807 Somers Town Lane,    Galloway, NJ 08205-6004
cr             +Mariner Finance,    6825 Tilton Road, D6,    Egg Harbor Township, NJ 08234-4408
516678853      +Atlantic Medical Imaging,    P.O. Box 1564,    Indianapolis, IN 46206-1564
516678855      +Boscov's,   Retail Services,    P.O. Box 30257,    Salt Lake City, UT 84130-0257
516678860      +Choice Previleges,    P O Box 13337,    Philadelphia, PA 19101-3337
516678861      +Client Services Incorporated,    3451 Harry S Truman Blvd.,    Saint Charles, MO 63301-9816
516922170       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
516678864      +Fulton Bank or New Jersey,    Cardmember Service,    P.O. Box 790408,
                 Saint Louis, MO 63179-0408
516678866      +Jefferson Hospital,    111 South 11th St.,    Philadelphia, PA 19107-5084
516678869      +Lab Corp,   P.O. Box 2240,    Burlington, NC 27216-2240
516736947      +MARINER FINANCE, LLC,    8211 TOWN CENTER DRIVE,    NOTTINGHAM, MD 21236-5904
516678871      +PayPal Credit,   P.O. Box 105658,    Atlanta, GA 30348-5658
516678872      +RA Pain Services,    P.O. Box 4605,    Lancaster, PA 17604-4605
516678873      +Recon Ortho Asso II PC,    P.O. Box 757910,    Philadelphia, PA 19175-7910
516713878      +STERLING JEWELERS INC D/B/A KAY JEWELERS,    c/o Weltman, Weinberg & Reis Co.,LPA,
                 436 Seventh Avenue, Ste 2500,    Pittsburgh, PA 15219-1842
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 10 2018 22:57:27     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 10 2018 22:57:24      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516678852      +EDI: GMACFS.COM Apr 11 2018 02:28:00      Ally,    P.O. Box 380902,   Minneapolis, MN 55438-0902
516705121       EDI: GMACFS.COM Apr 11 2018 02:28:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
516678854      +EDI: TSYS2.COM Apr 11 2018 02:28:00      Barclay Card Services,    P.O. Box 13337,
                 Philadelphia, PA 19101-3337
516678857      +EDI: CAPITALONE.COM Apr 11 2018 02:28:00      Capital One,    P.O. Box 26625,
                 Richmond, VA 23261-6625
516678856      +EDI: CAPITALONE.COM Apr 11 2018 02:28:00      Capital One,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
516897522       EDI: BL-BECKET.COM Apr 11 2018 02:29:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
516678859      +EDI: CHASE.COM Apr 11 2018 02:28:00      Chase,    P.O. Box 15123,   Wilmington, DE 19850-5123
516874408      +E-mail/Text: bncmail@w-legal.com Apr 10 2018 22:57:38      Comenity Capital Bank/Paypal Credit,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
516678862      +E-mail/Text: bankruptcy.bnc@ditech.com Apr 10 2018 22:57:08      Ditech,    P.O. Box 6172,
                 Rapid City, SD 57709-6172
516879534       E-mail/Text: bankruptcy.bnc@ditech.com Apr 10 2018 22:57:08
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516678863      +EDI: BLUESTEM Apr 11 2018 02:29:00      Fingerhut,    6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
516678865      +EDI: WFNNB.COM Apr 11 2018 02:28:00      Game stop,    P O Box 659450,
                 San Antonio, TX 78265-9450
516678867      +E-mail/Text: BKRMailOPS@weltman.com Apr 10 2018 22:57:11      Kay Jewelers,    P O Box 740425,
                 Cincinnati, OH 45274-0425
516678868      +EDI: CBSKOHLS.COM Apr 11 2018 02:28:00      Kohl's,    P.O. Box 2983,   Milwaukee, WI 53201-2983
517032260      +EDI: RESURGENT.COM Apr 11 2018 02:28:00      LVNV Funding LLC,    c/o Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587,    LVNV Funding LLC,
                 c/o Resurgent Capital Services 29603-0587
517032259       EDI: RESURGENT.COM Apr 11 2018 02:28:00      LVNV Funding LLC,    c/o Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
516915163       EDI: RESURGENT.COM Apr 11 2018 02:28:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of LendingClub Corporation &,    LC Trust I,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
516915165       EDI: RESURGENT.COM Apr 11 2018 02:28:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Murray Hill Grantor Trust,    2016-LC1,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
517230969       EDI: RESURGENT.COM Apr 11 2018 02:28:00      LVNV Funding, LLC its successors and assigns as as,
                 PO Box 10587,    Greenville, SC 29603-0587
516678870      +E-mail/Text: bk@lendingclub.com Apr 10 2018 22:57:58      Lending Club,    71 Stevenson Street,
                 Suite 300,   San Francisco, CA 94105-2985
516838834      +EDI: MID8.COM Apr 11 2018 02:28:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN, MI 48090-2011
516922099       EDI: PRA.COM Apr 11 2018 02:28:00      Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                 POB 41067,   Norfolk VA 23541
516922142       EDI: PRA.COM Apr 11 2018 02:28:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,   Norfolk VA 23541
```

```
District/off: 0312-1          User: admin                Page 2 of 2                  Date Rcvd: Apr 10, 2018
                              Form ID: 148               Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516922091         EDI: PRA.COM Apr 11 2018 02:28:00      Portfolio Recovery Associates, LLC,
                   c/o Choice Privileges,    POB 41067,    Norfolk VA 23541
516922112         EDI: PRA.COM Apr 11 2018 02:28:00      Portfolio Recovery Associates, LLC,
                   c/o Rcs Direct Marketing/Orchard Bank,    POB 41067,    Norfolk VA 23541
516923139        +E-mail/Text: bncmail@w-legal.com Apr 10 2018 22:57:38      Prosper Marketplace Inc.,
                   C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516765464         EDI: Q3G.COM Apr 11 2018 02:29:00      Quantum3 Group LLC as agent for,   Comenity Capital Bank,
                   PO Box 788,    Kirkland, WA 98083-0788
516747829         EDI: Q3G.COM Apr 11 2018 02:29:00      Quantum3 Group LLC as agent for,   Sadino Funding LLC,
                   PO Box 788,    Kirkland, WA 98083-0788
516678874        +E-mail/Text: Supportservices@receivablesperformance.com Apr 10 2018 22:58:14      RPM,
                   20816 44TH Avenue,    Lynnwood, WA 98036-7799
516678875        +EDI: RMSC.COM Apr 11 2018 02:28:00      Sams club,   P.O. Box 530942,    Atlanta, GA 30353-0942
516678876        +EDI: RMSC.COM Apr 11 2018 02:28:00      Synchrony Bank,    P.O. Box 530916,
                   Atlanta, GA 30353-0916
516678877        +EDI: RMSC.COM Apr 11 2018 02:28:00      Synchrony Bank / Amazon,    P.O. Box 965060,
                   Orlando, FL 32896-5060
516868468        +EDI: AIS.COM Apr 11 2018 02:28:00      Verizon,   by American InfoSource LP as agent,
                   4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516678878        +EDI: RMSC.COM Apr 11 2018 02:28:00      Walmart / Synchrony Bank,    ATTN: Bankruptcy Dept.,
                   P.O. Box 965060,    Orlando, FL 32896-5060
516887081         EDI: WFFC.COM Apr 11 2018 02:28:00      Wells Fargo Bank, N.A.,   Wells Fargo Card Services,
                   PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
516678879        +EDI: WFFC.COM Apr 11 2018 02:28:00      Wells Fargo Card Services,    P.O. Box 10347,
                   Des Moines, IA 50306-0347
                                                                                              TOTAL: 38

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Ally Financial,   PO Box 130424,    Roseville, MN 55113-0004
516678858     ##+CareCentrix,    P.O. Box 7780,    London, KY 40742-7780
                                                                                             TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Emmanuel J. Argentieri    on behalf of Creditor    STERLING JEWELERS INC. D/B/A KAY JEWELERS
               bk@rgalegal.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Mariner Finance ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Thomas E. Dowey    on behalf of Debtor Sharon Y Snyder tdesquire@hotmail.com
              Thomas E. Dowey    on behalf of Joint Debtor David  Snyder, Jr. tdesquire@hotmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William E. Craig    on behalf of Creditor    Ally Financial mortoncraigecf@gmail.com,
               mortoncraigecf@gmail.com
                                                                                              TOTAL: 11
```