UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Office of Thomas E. Dowey, Esq.
1423 Tilton Road, Suite 8
Northfield, New Jersey 08225
609-646-6200

Order Filed on April 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Sharon Y. Snyder
Davis Snyder Jr.

Case No.: 17-14131

Hearing Date: _____

Judge: ABA

Chapter: 13

Recommended Local Form:    ☐ Followed    ☒ Modified

## ORDER OF DISMISSAL AS TO CO-DEBTOR ONLY

The relief set forth on the following page is hereby **ORDERED**.

DATED: April 10, 2018

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of David Snyder Jr. And for good cause shown it is

**ORDERED** that this case is dismissed as to **CO-DEBTOR DAVID SYNDER JR ONLY** and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 7 days of the date of this Order.

Pursuant to FED. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 17-14131-ABA
Sharon Y Snyder                                                 Chapter 13
David Snyder, Jr.
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Apr 10, 2018
                               Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2018.
db/jdb         +Sharon Y Snyder,    David Snyder, Jr.,    807 Somers Town Lane,    Galloway, NJ 08205-6004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Emmanuel J. Argentieri    on behalf of Creditor    STERLING JEWELERS INC. D/B/A KAY JEWELERS
               bk@rgalegal.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Mariner Finance ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Thomas E. Dowey    on behalf of Debtor Sharon Y Snyder tdesquire@hotmail.com
              Thomas E. Dowey    on behalf of Joint Debtor David  Snyder, Jr. tdesquire@hotmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William E. Craig    on behalf of Creditor    Ally Financial mortoncraigecf@gmail.com,
               mortoncraigecf@gmail.com
                                                                                              TOTAL: 11