| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Sharon Y Snyder<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–9110<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | David Snyder Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–7650<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13   3/2/17 |
| Case number: | 17–14131–ABA | Date case converted to chapter: | 7   4/12/18 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     12/15

---

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Sharon Y Snyder | David Snyder Jr. |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 807 Somers Town Lane<br>Galloway, NJ 08205 | 807 Somers Town Lane<br>Galloway, NJ 08205 |
| 4. | **Debtor's attorney**<br>Name and address | Thomas E. Dowey<br>Law Office of Thomas Dowey<br>1423 Tilton Road<br>Suite 8<br>Northfield, NJ 08225 | Contact phone 609–646–6200 |
| 5. | **Bankruptcy trustee**<br>Name and address | Douglas S. Stanger<br>Flaster/Greenberg<br>646 Ocean Heights Avenue<br>Linwood, NJ 08221 | Contact phone (609) 645–1881 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676−6856 | 401 Market Street <br> Camden, NJ 08102 <br> Additional information may be available at the Court's Web Site: <br> www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) <br><br> Contact phone 856−361−2300 <br><br> Date: 4/16/18 |
| **7. Meeting of creditors** <br><br> **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.** <br><br> All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **May 10, 2018 at 01:30 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **1423 Tilton Road, Suite 5, Northfield, NJ 08225** |
| **8. Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br><br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). <br><br> **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 7/9/18** |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-14131-ABA
Sharon Y Snyder                                                     Chapter 7
David Snyder, Jr.
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                 Page 1 of 3              Date Rcvd: Apr 16, 2018
                               Form ID: 309A               Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2018.
db/jdb         +Sharon Y Snyder,    David Snyder, Jr.,    807 Somers Town Lane,    Galloway, NJ 08205-6004
516678853      +Atlantic Medical Imaging,    P.O. Box 1564,    Indianapolis, IN 46206-1564
516678855      +Boscov's,    Retail Services,    P.O. Box 30257,    Salt Lake City, UT 84130-0257
516678860      +Choice Previleges,    P O Box 13337,    Philadelphia, PA 19101-3337
516678861      +Client Services Incorporated,    3451 Harry S Truman Blvd.,    Saint Charles, MO 63301-9816
516922170       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
516678864      +Fulton Bank or New Jersey,    Cardmember Service,    P.O. Box 790408,
                 Saint Louis, MO 63179-0408
516678866      +Jefferson Hospital,    111 South 11th St.,    Philadelphia, PA 19107-5084
516678869      +Lab Corp,    P.O. Box 2240,    Burlington, NC 27216-2240
516736947      +MARINER FINANCE, LLC,    8211 TOWN CENTER DRIVE,    NOTTINGHAM, MD 21236-5904
516678871      +PayPal Credit,    P.O. Box 105658,    Atlanta, GA 30348-5658
516678872      +RA Pain Services,    P.O. Box 4605,    Lancaster, PA 17604-4605
516678873      +Recon Ortho Asso II PC,    P.O. Box 757910,    Philadelphia, PA 19175-7910
516713878      +STERLING JEWELERS INC D/B/A KAY JEWELERS,    c/o Weltman, Weinberg & Reis Co.,LPA,
                 436 Seventh Avenue, Ste 2500,    Pittsburgh, PA 15219-1842

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: tdesquire@hotmail.com Apr 16 2018 21:52:49      Thomas E. Dowey,
                 Law Office of Thomas Dowey,    1423 Tilton Road,    Suite 8,   Northfield, NJ  08225
tr             +EDI: FDSSTANGER.COM Apr 17 2018 01:48:00      Douglas S. Stanger,    Flaster/Greenberg,
                 646 Ocean Heights Avenue,    Linwood, NJ 08221-1011
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 16 2018 21:53:02      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 16 2018 21:53:02      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516678852      +EDI: GMACFS.COM Apr 17 2018 01:48:00      Ally,    P.O. Box 380902,    Minneapolis, MN 55438-0902
516705121       EDI: GMACFS.COM Apr 17 2018 01:48:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
516678854      +EDI: TSYS2.COM Apr 17 2018 01:48:00      Barclay Card Services,    P.O. Box 13337,
                 Philadelphia, PA 19101-3337
516678857      +EDI: CAPITALONE.COM Apr 17 2018 01:48:00      Capital One,    P.O. Box 26625,
                 Richmond, VA 23261-6625
516678856      +EDI: CAPITALONE.COM Apr 17 2018 01:48:00      Capital One,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
516897522       EDI: BL-BECKET.COM Apr 17 2018 01:48:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
516678859      +EDI: CHASE.COM Apr 17 2018 01:48:00      Chase,    P.O. Box 15123,    Wilmington, DE 19850-5123
516874408      +E-mail/Text: bncmail@w-legal.com Apr 16 2018 21:53:07      Comenity Capital Bank/Paypal Credit,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
516678862      +E-mail/Text: bankruptcy.bnc@ditech.com Apr 16 2018 21:53:00      Ditech,    P.O. Box 6172,
                 Rapid City, SD 57709-6172
516879534       E-mail/Text: bankruptcy.bnc@ditech.com Apr 16 2018 21:53:00
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516678863      +EDI: BLUESTEM Apr 17 2018 01:48:00      Fingerhut,    6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
516678865      +EDI: WFNNB.COM Apr 17 2018 01:48:00      Game stop,    P O Box 659450,
                 San Antonio, TX 78265-9450
516678867      +E-mail/Text: BKRMailOPS@weltman.com Apr 16 2018 21:53:00      Kay Jewelers,    P O Box 740425,
                 Cincinnati, OH 45274-0425
516678868      +EDI: CBSKOHLS.COM Apr 17 2018 01:48:00      Kohl's,    P.O. Box 2983,    Milwaukee, WI 53201-2983
517032260      +EDI: RESURGENT.COM Apr 17 2018 01:48:00      LVNV Funding LLC,    c/o Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC   29603-0587,    LVNV Funding LLC,
                 c/o Resurgent Capital Services 29603-0587
517032259       EDI: RESURGENT.COM Apr 17 2018 01:48:00      LVNV Funding LLC,    c/o Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC   29603-0587
516915163       EDI: RESURGENT.COM Apr 17 2018 01:48:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of LendingClub Corporation &,    LC Trust I,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
516915165       EDI: RESURGENT.COM Apr 17 2018 01:48:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Murray Hill Grantor Trust,    2016-LC1,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
517230969       EDI: RESURGENT.COM Apr 17 2018 01:48:00      LVNV Funding, LLC its successors and assigns as,
                 PO Box 10587,    Greenville, SC   29603-0587
516678870      +E-mail/Text: bk@lendingclub.com Apr 16 2018 21:53:11      Lending Club,    71 Stevenson Street,
                 Suite 300,    San Francisco, CA 94105-2985
516838834      +EDI: MID8.COM Apr 17 2018 01:48:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN, MI 48090-2011
516922099       EDI: PRA.COM Apr 17 2018 01:48:00      Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                 POB 41067,    Norfolk VA 23541

```
District/off: 0312-1           User: admin                 Page 2 of 3                  Date Rcvd: Apr 16, 2018
                               Form ID: 309A               Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516922142      EDI: PRA.COM Apr 17 2018 01:48:00      Portfolio Recovery Associates, LLC,
               c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
516922091      EDI: PRA.COM Apr 17 2018 01:48:00      Portfolio Recovery Associates, LLC,
               c/o Choice Privileges,    POB 41067,    Norfolk VA 23541
516922112      EDI: PRA.COM Apr 17 2018 01:48:00      Portfolio Recovery Associates, LLC,
               c/o Rcs Direct Marketing/Orchard Bank,    POB 41067,    Norfolk VA 23541
516923139     +E-mail/Text: bncmail@w-legal.com Apr 16 2018 21:53:07      Prosper Marketplace Inc.,
               C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516765464      EDI: Q3G.COM Apr 17 2018 01:48:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
               PO Box 788,    Kirkland, WA 98083-0788
516747829      EDI: Q3G.COM Apr 17 2018 01:48:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
               PO Box 788,    Kirkland, WA 98083-0788
516678874     +E-mail/Text: Supportservices@receivablesperformance.com Apr 16 2018 21:53:16       RPM,
               20816 44TH Avenue,    Lynnwood, WA 98036-7799
516678875     +EDI: RMSC.COM Apr 17 2018 01:48:00      Sams club,    P.O. Box 530942,    Atlanta, GA 30353-0942
516678876     +EDI: RMSC.COM Apr 17 2018 01:48:00      Synchrony Bank,    P.O. Box 530916,
               Atlanta, GA 30353-0916
516678877     +EDI: RMSC.COM Apr 17 2018 01:48:00      Synchrony Bank / Amazon,    P.O. Box 965060,
               Orlando, FL 32896-5060
516868468     +EDI: AIS.COM Apr 17 2018 01:48:00      Verizon,    by American InfoSource LP as agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516678878     +EDI: RMSC.COM Apr 17 2018 01:48:00      Walmart / Synchrony Bank,    ATTN: Bankruptcy Dept.,
               P.O. Box 965060,    Orlando, FL 32896-5060
516887081      EDI: WFFC.COM Apr 17 2018 01:48:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
               PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
516678879     +EDI: WFFC.COM Apr 17 2018 01:48:00      Wells Fargo Card Services,    P.O. Box 10347,
               Des Moines, IA 50306-0347
                                                                                               TOTAL: 40

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516678858    ##+CareCentrix,   P.O. Box 7780,   London, KY 40742-7780
                                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
          Emmanuel J. Argentieri    on behalf of Creditor   STERLING JEWELERS INC. D/B/A KAY JEWELERS
           bk@rgalegal.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor    Mariner Finance ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
          Thomas E. Dowey    on behalf of Debtor Sharon Y Snyder tdesquire@hotmail.com
          Thomas E. Dowey    on behalf of Joint Debtor David  Snyder, Jr. tdesquire@hotmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-1          User: admin              Page 3 of 3            Date Rcvd: Apr 16, 2018
                              Form ID: 309A            Total Noticed: 54
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          William E. Craig    on behalf of Creditor    Ally Financial mortoncraigecf@gmail.com, mortoncraigecf@gmail.com
                                                                                                                                                    TOTAL: 11