**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Sharon Y Snyder<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9110<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | David Snyder Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7650<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   17–14131–ABA

# Order of Discharge                                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sharon Y Snyder

<u>8/3/18</u>                                                                    **By the court:**   <u>Andrew B. Altenburg Jr.</u>
                                                                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-14131-ABA
Sharon Y Snyder                                                                                 Chapter 7
David Snyder, Jr.
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin                  Page 1 of 3              Date Rcvd: Aug 03, 2018
                                Form ID: 318JO1              Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2018.
```
db/jdb         +Sharon Y Snyder,    David Snyder, Jr.,    807 Somers Town Lane,    Galloway, NJ 08205-6004
cr             +Mariner Finance,    6825 Tilton Road, D6,    Egg Harbor Township, NJ 08234-4408
516678853      +Atlantic Medical Imaging,    P.O. Box 1564,    Indianapolis, IN 46206-1564
516678855      +Boscov's,    Retail Services,    P.O. Box 30257,    Salt Lake City, UT 84130-0257
516678860      +Choice Previleges,    P O Box 13337,    Philadelphia, PA 19101-3337
516678861      +Client Services Incorporated,    3451 Harry S Truman Blvd.,    Saint Charles, MO 63301-9816
516922170       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA  98083-0657
516678864      +Fulton Bank or New Jersey,    Cardmember Service,    P.O. Box 790408,
                Saint Louis, MO 63179-0408
516678866      +Jefferson Hospital,    111 South 11th St.,    Philadelphia, PA 19107-5084
516678869      +Lab Corp,    P.O. Box 2240,    Burlington, NC 27216-2240
516736947      +MARINER FINANCE, LLC,    8211 TOWN CENTER DRIVE,    NOTTINGHAM, MD 21236-5904
516678871      +PayPal Credit,    P.O. Box 105658,    Atlanta, GA 30348-5658
516678872      +RA Pain Services,    P.O. Box 4605,    Lancaster, PA 17604-4605
516678873      +Recon Ortho Asso II PC,    P.O. Box 757910,    Philadelphia, PA 19175-7910
516713878      +STERLING JEWELERS INC D/B/A KAY JEWELERS,    c/o Weltman, Weinberg & Reis Co.,LPA,
                436 Seventh Avenue, Ste 2500,    Pittsburgh, PA 15219-1842
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 03 2018 23:40:56      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 03 2018 23:40:50      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516678852      +EDI: GMACFS.COM Aug 04 2018 03:13:00      Ally,    P.O. Box 380902,    Minneapolis, MN 55438-0902
516705121       EDI: GMACFS.COM Aug 04 2018 03:13:00      Ally Financial,    PO Box 130424,
                Roseville MN 55113-0004
516678854      +EDI: TSYS2.COM Aug 04 2018 03:13:00      Barclay Card Services,    P.O. Box 13337,
                Philadelphia, PA 19101-3337
516678857      +EDI: CAPITALONE.COM Aug 04 2018 03:13:00      Capital One,    P.O. Box 26625,
                Richmond, VA 23261-6625
516678856      +EDI: CAPITALONE.COM Aug 04 2018 03:13:00      Capital One,    P.O. Box 71083,
                Charlotte, NC 28272-1083
516897522       EDI: BL-BECKET.COM Aug 04 2018 03:13:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                PO Box 3001,    Malvern PA 19355-0701
516678859      +EDI: CHASE.COM Aug 04 2018 03:13:00      Chase,    P.O. Box 15123,    Wilmington, DE 19850-5123
516874408      +E-mail/Text: bncmail@w-legal.com Aug 03 2018 23:41:05      Comenity Capital Bank/Paypal Credit,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
516678862      +E-mail/Text: bankruptcy.bnc@ditech.com Aug 03 2018 23:40:25      Ditech,    P.O. Box 6172,
                Rapid City, SD 57709-6172
516879534       E-mail/Text: bankruptcy.bnc@ditech.com Aug 03 2018 23:40:25
                Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
516678863      +EDI: BLUESTEM Aug 04 2018 03:13:00      Fingerhut,    6250 Ridgewood Road,
                Saint Cloud, MN 56303-0820
516678865      +EDI: WFNNB.COM Aug 04 2018 03:13:00      Game stop,    P O Box 659450,
                San Antonio, TX 78265-9450
516678867      +E-mail/Text: BKRMailOPS@weltman.com Aug 03 2018 23:40:27      Kay Jewelers,    P O Box 740425,
                Cincinnati, OH 45274-0425
516678868      +EDI: CBSKOHLS.COM Aug 04 2018 03:13:00      Kohl's,    P.O. Box 2983,    Milwaukee, WI 53201-2983
517032260      +EDI: RESURGENT.COM Aug 04 2018 03:13:00      LVNV Funding LLC,    c/o Resurgent Capital Services,
                PO Box 10587,    Greenville, SC  29603-0587,    LVNV Funding LLC,
                c/o Resurgent Capital Services 29603-0587
517032259       EDI: RESURGENT.COM Aug 04 2018 03:13:00      LVNV Funding LLC,    c/o Resurgent Capital Services,
                PO Box 10587,    Greenville, SC  29603-0587
516915163       EDI: RESURGENT.COM Aug 04 2018 03:13:00      LVNV Funding, LLC its successors and assigns as,
                assignee of LendingClub Corporation &,    LC Trust I,    Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587
516915165       EDI: RESURGENT.COM Aug 04 2018 03:13:00      LVNV Funding, LLC its successors and assigns as,
                assignee of Murray Hill Grantor Trust,    2016-LC1,    Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587
517230969       EDI: RESURGENT.COM Aug 04 2018 03:13:00      LVNV Funding, LLC its successors and assigns as as,
                PO Box 10587,    Greenville, SC  29603-0587
516678870      +E-mail/Text: bk@lendingclub.com Aug 03 2018 23:41:25      Lending Club,    71 Stevenson Street,
                Suite 300,    San Francisco, CA 94105-2985
516838834      +EDI: MID8.COM Aug 04 2018 03:13:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                WARREN, MI 48090-2011
516922099       EDI: PRA.COM Aug 04 2018 03:13:00      Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                POB 41067,    Norfolk VA 23541
516922142       EDI: PRA.COM Aug 04 2018 03:13:00      Portfolio Recovery Associates, LLC,
                c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-1           User: admin                  Page 2 of 3                   Date Rcvd: Aug 03, 2018
                               Form ID: 318JO1              Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516922091        EDI: PRA.COM Aug 04 2018 03:13:00      Portfolio Recovery Associates, LLC,
                 c/o Choice Privileges,    POB 41067,    Norfolk VA 23541
516922112        EDI: PRA.COM Aug 04 2018 03:13:00      Portfolio Recovery Associates, LLC,
                 c/o Rcs Direct Marketing/Orchard Bank,    POB 41067,    Norfolk VA 23541
516923139       +E-mail/Text: bncmail@w-legal.com Aug 03 2018 23:41:05       Prosper Marketplace Inc.,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516765464        EDI: Q3G.COM Aug 04 2018 03:13:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
516747829        EDI: Q3G.COM Aug 04 2018 03:13:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
516678874       +E-mail/Text: Supportservices@receivablesperformance.com Aug 03 2018 23:41:43        RPM,
                 20816 44TH Avenue,    Lynnwood, WA 98036-7799
516678875       +EDI: RMSC.COM Aug 04 2018 03:13:00      Sams club,    P.O. Box 530942,    Atlanta, GA 30353-0942
516678876       +EDI: RMSC.COM Aug 04 2018 03:13:00      Synchrony Bank,    P.O. Box 530916,
                 Atlanta, GA 30353-0916
516678877       +EDI: RMSC.COM Aug 04 2018 03:13:00      Synchrony Bank / Amazon,    P.O. Box 965060,
                 Orlando, FL 32896-5060
516868468       +EDI: AIS.COM Aug 04 2018 03:13:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516678878       +EDI: RMSC.COM Aug 04 2018 03:13:00      Walmart / Synchrony Bank,    ATTN: Bankruptcy Dept.,
                 P.O. Box 965060,    Orlando, FL 32896-5060
516887081        EDI: WFFC.COM Aug 04 2018 03:13:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
516678879       +EDI: WFFC.COM Aug 04 2018 03:13:00      Wells Fargo Card Services,    P.O. Box 10347,
                 Des Moines, IA 50306-0347
                                                                                                TOTAL: 38

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Ally Financial,    PO Box 130424,    Roseville, MN 55113-0004
516678858      ##+CareCentrix,    P.O. Box 7780,    London, KY 40742-7780
                                                                                               TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Emmanuel J. Argentieri    on behalf of Creditor    STERLING JEWELERS INC. D/B/A KAY JEWELERS
               bk@rgalegal.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Mariner Finance ecfmail@mortoncraig.com,
               mortoncraigcf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigcf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Thomas E. Dowey    on behalf of Debtor Sharon Y Snyder tdesquire@hotmail.com
              Thomas E. Dowey    on behalf of Joint Debtor David  Snyder, Jr. tdesquire@hotmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William E. Craig    on behalf of Creditor    Ally Financial mortoncraigcf@gmail.com,
               mortoncraigcf@gmail.com
```

```
District/off: 0312-1           User: admin                 Page 3 of 3            Date Rcvd: Aug 03, 2018
                               Form ID: 318JO1             Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 11